No. —, original. Ex parte ROBERT G. ERRINGTON; and No. —, original. Ex parte HENRY LONG. February 9, 1942. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 738. UNITED STATES v. KERR, ADMINISTRATRIX. February 16, 1942. Death of Elizabeth Kerr suggested and Citizens Loan & Trust Co., Administrator *de bonis non* of the estate of Joseph Kelly Kerr, deceased, substituted as the party respondent herein, per stipulation of counsel, on motion of *Solicitor General Fahy* in that behalf. See 314 U. S. 605.

No. 325. RODIEK, ANCILLARY EXECUTOR, v. UNITED STATES ET AL. Argued February 12, 13, 1942. Decided March 2, 1942. *Per Curiam:* The judgment is affirmed by an equally divided Court. The CHIEF JUSTICE, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Mr. Sherwood E. Silliman,* with whom *Messrs. Reuben D. Silliman, Russell C. Gay,* and *Charles H. Lawson* were on the brief, for petitioner. *Assistant Attorney General Shea,* with whom *Solicitor General Fahy* and *Messrs. Melvin H. Siegel, Harry LeRoy Jones, Frederick L. Smith, Oscar H. Davis,* and *Archibald Cox* were on the brief, for respondents.